**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health*,

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**DECLARATION OF NICOLE M. MOEN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

---

I, Nicole M. Moen, declare and state as follows:

1. I am a shareholder at the law firm of Fredrikson & Byron, P.A., and an attorney representing Defendant North Memorial Health Care ("North Memorial") in the above-captioned matter. I make this declaration in support of Defendant's Motion to Dismiss.

2. Attached hereto as **Exhibit A** is a true and correct copy of North Memorial's Notice of Privacy Practices, as retrieved from North Memorial's website on June 4, 2023, available at https://northmemorial.com/wp-content/uploads/2017/03/North-Memorial-Health-notice_of_privacy_practices_2017.pdf.

3. Attached hereto as **Exhibit B** is a true and correct copy of North Memorial's Privacy Policy, as retrieved from North Memorial's website on June 4, 2023, available at https://northmemorial.com/privacy-policy.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2023

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***
***North Memorial Health Care***