**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health*,

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS**

---

I, Nicole M. Moen, representing Defendant North Memorial Health Care, hereby certify that:

Counsel for Defendant, Nicole M. Moen and Geoffrey W.B. Koslig, met and conferred with the opposing party by:

Meeting telephonically with counsel for Plaintiff, Brian Gudmundson and Rachel Tack,

On: June 1, 2023,

Discussing the following motion: Defendant's Motion to Dismiss.

As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: June 6, 2023

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***
***North Memorial Health Care***