**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated*,

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health*,

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

---

This matter came before the Court upon Defendant North Memorial Health Care's Motion to Dismiss. Based upon the arguments of counsel and upon all of the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;
2. Plaintiff's claims for common law invasion of privacy (Count I) are **DISMISSED WITH PREJUDICE**;
3. Plaintiff's claims pursuant to Section 2511(1) of the Electronic Communications Privacy Act (Count II) are **DISMISSED WITH PREJUDICE**;
4. Plaintiff's claims pursuant to Section 2511(3) of the Electronic Communications Privacy Act (Count III) are **DISMISSED WITH PREJUDICE**;
5. Plaintiff's claims pursuant to the Minnesota Uniform Deceptive Trade Practices Act (Count IV) are **DISMISSED WITH PREJUDICE**;
6. Plaintiff's claims for common law unjust enrichment (Count V) are **DISMISSED WITH PREJUDICE**; and

7. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITH PREJUDICE** in its entirety.

Dated:

____________________________________

KATHERINE M. MENENDEZ
United States District Judge