**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated,*

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health,*

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

---

Defendant North Memorial Health Care ("North Memorial"), through its attorneys, moves the Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Amended Complaint with prejudice. North Memorial bases this motion on all of this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules.

Dated: July 25, 2023

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
Victoria M. Manfredonia (#0504171)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com
vmanfredonia@fredlaw.com

***Attorneys for Defendant North Memorial Health Care***