**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated,*

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health,*

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

---

I, Nicole M. Moen, representing Defendant North Memorial Health Care, hereby certify that:

Counsel for Defendant, Nicole M. Moen, met and conferred with the opposing party by:

Meeting telephonically with counsel for Plaintiff, Brian Gudmundson,

On: June 26, 2023,

Discussing the following motion: Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

As a result of the meet-and-confer, the parties:

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: July 25, 2023

*s/ Nicole M. Moen*

Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
Victoria M. Manfredonia (#0504171)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com
vmanfredonia@fredlaw.com

***Attorneys for Defendant***
***North Memorial Health Care***