**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JACQUELINE MEKHAIL,

*individually, and on behalf of those similarly situated,*

Plaintiff,

v.

NORTH MEMORIAL HEALTH CARE,

*d/b/a North Memorial Health*,

Defendant.

Case No. 23-cv-00440 (KMM/TNL)

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

---

This matter came before the Court upon Defendant North Memorial Health Care's Motion to Dismiss Plaintiff's Amended Complaint. Based upon the arguments of counsel and upon all of the files, records, and proceedings herein, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 29) is **GRANTED**;

2. Plaintiff's claims pursuant to the Electronic Communications Privacy Act as codified at 18 U.S.C. § 2511(1) (Count I) are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's claims pursuant to Minnesota Statute § 626A.02 of the Minnesota Privacy of Communications Act (Count II) are **DISMISSED WITH PREJUDICE**;

4. Plaintiff's claims pursuant to Minnesota Statute § 325F.69 of the Minnesota Consumer Fraud Act (Count III) are **DISMISSED WITH PREJUDICE**;

5. Plaintiff's claims pursuant to Minnesota Statute § 325D.43–.48 of the Minnesota Uniform Deceptive Trade Practices Act (Count IV) are **DISMISSED WITH PREJUDICE**;

6. Plaintiff's claims pursuant to Minnesota Statute § 144.293 of the Minnesota Health Records Act (Count V) are **DISMISSED WITH PREJUDICE**;

7. Plaintiff's claims for common law invasion of privacy (Count VI) are **DISMISSED WITH PREJUDICE**;

8. Plaintiff's claims for common law unjust enrichment (Count VII) are **DISMISSED WITH PREJUDICE**; and

9. Plaintiff's Amended Complaint (Doc. 22) is **DISMISSED WITH PREJUDICE** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:

____________________________________
KATHERINE M. MENENDEZ
United States District Judge