**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jacqueline Mekhail, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**DECLARATION OF BRIAN C. GUDMUNDSON IN SUPPORT OF THE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

I, Brian C. Gudmundson, declare as follows:

1. I am a Partner in the law firm of Zimmerman Reed LLP, one of the Counsel for Plaintiff Jacqueline Mekhail.

2. I submit this declaration in support of the Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint.

3. Attached as an Exhibit hereto is a true and correct copy of the following documents:

| Exhibit No. | Description |
|---|---|
| A | Declaration of Richard M. Smith in Support of Plaintiffs' Motion for Preliminary Injunction, *In re Meta Pixel Healthcare Litig*., No. 22-cv-03580, 2022 WL 17869218 (N.D. Cal., Dec. 22, 2022), Dkt. No. 49 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 29, 2023

By: */s/ Brian C. Gudmundson*
Brian C. Gudmundson