**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jacqueline Mekhail, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Jacqueline Mekhail ("Plaintiff") respectfully submits this Notice of Supplemental Authority in support of her opposition to Defendant North Memorial Health Care's ("North" or "Defendant") pending Motion to Dismiss, *see* ECF Nos. 29, 30, 31, 32, 33, 34, 37, 38, 39. Plaintiff submits this notice to bring to this Court's attention *Cousin v. Sharp Healthcare*, No. 22-CV-2040-MMA-DDL (S.D. Cal. Nov. 17, 2023) (M. Anello) granting in part and denying in part defendant Sharp Healthcare's Motion to Dismiss ("*Sharp* Order"). The *Sharp* Order is attached as Exhibit A.

In *Sharp*, the "[p]laintiffs alleged that [d]efendant utilize[d] an online tracking tool, Meta Pixel, on its website sharp.com and related 'subpages' to surreptitiously collect their, and other patients', sensitive health information. *Id.* at *1. "The website and subpages were defined as 'unauthenticated' because they do not require a patient or user to log in to access the websites." *Id.* The *Sharp* court found that plaintiffs "interactions on [d]efendant's website, while 'unauthenticated' or publicly facing, plausibly involve PHI." *Id.*

Respectfully submitted,

Dated: November 28, 2023

*/s/ Brian C. Gudmundson*

Brian C. Gudmundson, (#336695)
Jason P. Johnston, (#391206)
Michael J. Laird, (#398436)
Rachel K. Tack, (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Hart L. Robinovitch, (#240515)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser, (#0329745)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 522-4291
nprosser@hjlawfirm.com

David A Goodwin, (#0386715)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com

***Attorneys for Plaintiff***