**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jacqueline Mekhail, individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Jacqueline Mekhail ("Plaintiff") respectfully submits this Notice of Supplemental Authority in support of her opposition to Defendant North Memorial Health Care's ("North" or "Defendant") pending Motion to Dismiss, *see* ECF Nos. 29, 30, 31, 32, 33, 34, 37, 38, 39. Plaintiff submits this notice to bring to this Court's attention two recent orders: (1) *In re Group Health Plan Litig.*, No. 0:23-cv-267-JWB-DJF, ECF No. 93 (D. Minn. Dec. 21, 2023 (J. Blackwell) granting in part and denying in part motion to dismiss ("*GroupHealth* Order"), and (2) *Kurowski, et al. v. Rush Sys. For Health d/b/a Rush Univ. Sys. For Health*, No. 22-C-5380, 2023 WL 8544084 (N.D. Ill. Dec. 11, 2023) (J. Kennelly) granting in part and denying in part defendant's motion to dismiss ("*Rush III* Order"). The *GroupHealth* Order is attached as Exhibit A and the *Rush III* Order is attached as Exhibit B.

In the *GroupHealth* Order, Judge Blackwell, in a Pixel-related action similar to the case at bar, denied the defendant's motion to dismiss with respect to all claims except two, dismissing only claims for breach of fiduciary duty and for breach of confidence. Relevant

to this case, Judge Blackwell allowed the following claims to proceed: (1) violation of the Electronic Communications Privacy Act ("ECPA"); (2) violation of the Minnesota Uniform Deceptive Trade Practices Act ("MUDTPA)"; (3) violation of the Minnesota Health Records Act ("MHRA"); (4) Invasion of Privacy; and (5) Unjust Enrichment. In allowing the plaintiffs' ECPA claim to proceed, Judge Blackwell held the plaintiffs adequately alleged the defendant "intercepted" the "content" of their communications where "the communications intercepted included content regarding Plaintiffs' private information, including 'symptoms, medical conditions, physician lookup, treatment, medication, and scheduling.'" Ex. A at 15. Judge Blackwell further held the crime-tort exception to the party exception applied. *Id.* At 17-19.

In the *Rush III* Order, while Judge Kennelly had previously dismissed the ECPA claim in a Pixel action similar to the case at bar (and upon which Defendant North Memorial relies heavily in its motion to dismiss), the court now held that plaintiff's second amended complaint alleged sufficient facts "to invoke the HIPAA exception-to-the-party-exception" (i.e., the crime-tort exception) under the Wiretap Act. Ex. B at 3. Specifically, the court concluded that plaintiff pleaded sufficient facts "to state a claim for relief" based on allegations that: (1) Rush used tracking tools to "transmit[] the name and location of [plaintiff's] personal physician, as well her physician's specialty"; (2) "this information was, in turn, used by at least Facebook to target her with particular advertising associated with her particular health conditions"; and (3) "Rush knowingly transmit[ted] this data and that it [did] so for the purpose of financial gain." *Id*. at 3-4. The court found that "all of these allegations, taken together, are sufficient to invoke the HIPAA exception-to-the-

party-exception" under Section 2511(2)(d) of the ECPA, and plaintiff Kurowski's proposed second amended complaint plausibly stated a claim under the ECPA. *Id* at 3.

Respectfully submitted,

Dated: December 26, 2023

*/s/ Brian C. Gudmundson*

Brian C. Gudmundson, (#336695)
Jason P. Johnston, (#391206)
Michael J. Laird, (#398436)
Rachel K. Tack, (#399529)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Hart L. Robinovitch, (#240515)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser, (#0329745)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street
Edina, MN 55439
Phone: (952) 522-4291
nprosser@hjlawfirm.com

David A Goodwin, (#0386715)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com

***Attorneys for Plaintiff***