UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JACQUELINE MEKHAIL,<br><br>*individually, and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NORTH MEMORIAL HEALTH CARE,<br><br>*d/b/a North Memorial Health,*<br><br>Defendant. | Case No. 23-cv-00440 (KMM/TNL)<br><br>**JOINT STIPULATION AND MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A STIPULATED ESI DISCOVERY PLAN** |

Plaintiff Jacqueline Mekhail, individually, and on behalf of those similarly situated ("Plaintiff"), and Defendant North Memorial Health Care ("Defendant") (together, the "Parties"), by and through their respective counsel, move the Court for an extension of the deadline to jointly file their stipulated ESI Discovery Plan. The Parties stipulate as follows:

WHEREAS, on June 13, 2024, the Court entered a Pretrial Scheduling Order (Docket No. 63);

WHEREAS, the Order directed the Parties to jointly file a proposed stipulated Protective Order and stipulated ESI Discovery Plan on or before June 27, 2024 (*Id.* §§ 1(g), 2(a));

WHEREAS, the Parties have been working together to come to agreement upon both documents;

WHEREAS, the Parties have or will file the proposed stipulated Protective Order without any disputes for the Court to resolve on June 27, 2024;

WHEREAS, Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the proposed ESI Discovery Plan due to the complex technological nature of the case related to Defendant's website that presents ESI issues that are different from most cases;

WHEREAS, the Parties believe that an extension to July 11, 2024 will allow them sufficient time to finish preparing a stipulated ESI Discovery Plan while also avoiding conflicts with the upcoming Federal holiday;

WHEREAS, the Parties believe that the requested extension will not affect any other deadlines or matters in this Action; and

WHEREAS, the Parties have conferred and agree to the requested extension.

THEREFORE, the Parties respectfully request that the Court grant their joint motion to extend the deadline to jointly file their stipulated ESI Discovery Plan through and including July 11, 2024.

Dated: June 27, 2024

*s/ Geoffrey W.B. Koslig*
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: 612.492.7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

***Attorneys for Defendant***

Dated: June 27, 2024

*s/ Brian C. Gudmundson*
Brian C. Gudmundson (#336695)
Michael J. Laird (#398436)
Rachel K. Tack (#0399529)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.341.0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 North Kierland Boulevard, Suite 145
Scottsdale, AZ 85254
Telephone: 480.348.6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser (#0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West Seventy-Eighth Street
Edina, MN 55439
Telephone: 952.522.4291
nprosser@hjlawfirm.com

David A. Goodwin (#0386715)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: 612.333.8844
dgoodwin@gustafsongluek.com

***Attorneys for Plaintiff***