# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JACQUELINE MEKHAIL, | Case No. 23-cv-00440 (KMM/TNL) |
| *individually, and on behalf of others similarly situated*, | |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR THE PARTIES TO FILE A STIPULATED ESI DISCOVERY PLAN** |
| v. | |
| NORTH MEMORIAL HEALTH CARE, | |
| *d/b/a North Memorial Health* | |
| Defendant. | |

This matter came before the Court on the Parties' Joint Motion for an Extension of Time for the Parties to File a Stipulated ESI Discovery Plan.

IT IS HEREBY ORDERED:

The Parties shall have through and including July 11, 2024, to file a Stipulated ESI Discovery Plan. No other deadline or provision in the Pretrial Scheduling Order (ECF No. 63) shall be affected by this Order.

Dated: _____, \_\_\_\_

TONY N. LEUNG
United States Magistrate Judge