# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacqueline Mekhail, Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**NOTICE OF STIPULATION TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs Jacqueline Mekhail, Gregg Lurie, Heidi Kaliher, and Tracy Knight ("Plaintiffs") and Defendant North Memorial Health Care, d/b/a North Memorial Health hereby stipulate to permit Plaintiffs to file the Second Amended Complaint, a copy of which is filed with this stipulation. Defendant reserves the right to challenge the sealing of the Second Amended Complaint.

The parties further stipulate that Defendant shall have 21 days to respond to the Second Amended Complaint from the date of receiving service of the as-filed Second Amended Complaint.

Respectfully submitted,

Dated: October 31, 2024

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (MN #336695)
Michael J. Laird (MN #398436)
Rachel K. Tack (MN #399529)
Benjamin R. Cooper (MN #403532)
**ZIMMERMAN REED LLP**

1100 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com
benjamin.cooper@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West Seventy-Eighth Street
Edina, MN 55439
Telephone: 952-522-4291
nprosser@hjlawfirm.com

David A. Goodwin (MN #0386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Phone: (612) 333-8844
dgoodwin@gustafsongluek.com

*Attorneys for Plaintiff*

Dated: October 31, 2024

*/s/ Nicole M. Moen (with permission)*
Nicole M. Moen (MN #0329435)
Geoffrey W.B. Koslig (MN #0402717)
**FREDRIKSON & BYRON, P.A.**
60 South sixth Street, Suite 1500
Minneapolis, MN 5542-4400
Telephone: (612) 492-7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

*Attorneys for Defendant*