UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacqueline Mekhail, Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>　　　　Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**[PROPOSED] ORDER** |

This matter comes before the Court on the Parties' Notice of Stipulation to File a Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a)(2). The Stipulation is **APPROVED** and **GRANTED** and the Court hereby approves the following:

1. Defendant shall have 21 days to respond to the Second Amended Complaint from the date of receiving service of the as-filed Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____ _____
　　　　　　　　　　　　　　　　　　　　　Hon. Katherine M. Menendez