# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacqueline Mekhail, Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>　　　Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**NOTICE OF STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jacqueline Mekhail and Defendant North Memorial Health Care, d/b/a North Memorial Health hereby stipulate that Plaintiff Jacqueline Mekhail be dismissed without prejudice as to all parties, claims, and causes of action.

In the event of a future recovery in this action, nothing in the foregoing shall prevent the dismissed Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

|  | Respectfully submitted, |
|---|---|
| Dated: October 31, 2024 | */s/ Brian C. Gudmundson*<br>Brian C. Gudmundson (MN #336695)<br>Michael J. Laird (MN #398436)<br>Rachel K. Tack (MN #399529)<br>Benjamin R. Cooper (MN #403532)<br>**ZIMMERMAN REED LLP**<br>1100 IDS Center, 80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 341-0400<br>brian.gudmundson@zimmreed.com<br>michael.laird@zimmreed.com |

rachel.tack@zimmreed.com
benjamin.cooper@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West Seventy-Eighth Street
Edina, MN 55439
Telephone: (952) 522-4291
nprosser@hjlawfirm.com

David A. Goodwin (MN #0386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com

*Attorneys for Plaintiff*

Dated: October 31, 2024

*/s/ Nicole M. Moen (with permission)*
Nicole M. Moen (MN #0329435)
Geoffrey W.B. Koslig (MN #0402717)
**FREDRIKSON & BYRON, P.A.**
60 South sixth Street, Suite 1500
Minneapolis, MN 5542-4400
Telephone: (612) 492-7000
nmoen@fredlaw.com
gkoslig@fredlaw.com

*Attorneys for Defendant*