# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacqueline Mekhail, Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>    Defendant. | Case No. 23-cv-440-KMM-TNL<br><br>**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

This matter comes before the Court on the Parties' Stipulated Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (ECF No. 80). The Stipulation is approved and **GRANTED** and the Court hereby approves the following:

1. Plaintiff Jacqueline Mekhail is dismissed without prejudice and shall be removed from the case caption.

2. This shall not impact Plaintiff Mekhail's participation as an absent class member in any settlement or judgment, or by submitting a claim as an absent class member.

**IT IS SO ORDERED.**

Date: November 6, 2024

                                        *s/Katherine M. Menendez*
                                        Katherine M. Menendez
                                        United States District Judge