# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GREGG LURIE, HEIDI KALIHER, AND TRACY KNIGHT, *individually, and on behalf of those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> NORTH MEMORIAL HEALTH CARE, *d/b/a North Memorial Health*, <br><br> Defendant. | Case No. 23-cv-00440 (KMM/TNL) <br><br> **LR 7.1(f) WORD COUNT CERTIFICATE OF COMPLIANCE** |

I, Nicole M. Moen, certify that Defendant's Response in Opposition to Plaintiffs' Motion to File Complaint Under Seal complies with Local Rule 7.1(f) for a brief produced with a proportional font. The length of this brief is 2,589 words. This brief was prepared using Microsoft Word 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes, but excludes the excepted items set forth in Local Rule 7.1(f)(1)(C)(i)–(v). I further certify that the response complies with the type-size limit in Local Rule 7.1(h)(1).

Dated: November 7, 2024

*s/ Nicole M. Moen*
Nicole M. Moen (#0329435)
Geoffrey W.B. Koslig (#0402717)
Maliya G. Rattliffe (#0401993)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  612.492.7000
nmoen@fredlaw.com

gkoslig@fredlaw.com
mrattliffe@fredlaw.com

***Attorneys for Defendant***
***North Memorial Health Care***