# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>*Defendant.* | Case No. 0:23-cv-00440-KMM-TNL<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby notifies the Court and counsel that Brittany Resch of Strauss Borrelli PLLC shall appear as counsel of record for Plaintiffs in the above-captioned case.

Dated: December 17, 2024

By: */s/ Brittany Resch*
Brittany Resch (MN# 0397656)
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

*Attorneys for Plaintiff and the Settlement Class*

1