ZIMMERMAN | REED

January 30, 2025

*Via CM/ECF*

The Honorable Magistrate Judge Tony N. Leung
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:** *Lurie, et al. v. North Memorial Health Care, d/b/a North Memorial Health*
**Case No. 0:23-cv-00440-KMM-TNL**

Dear Judge Leung:

Counsel for Plaintiffs Gregg Lurie, Heidi Kaliher, and Tracy Knight ("Plaintiffs") and Defendant North Memorial Health Care, *d/b/a* North Memorial Health ("North Memorial") write jointly to request the Court reschedule the settlement conference currently scheduled for Wednesday, March 5, 2025 at 10:00 am with Your Honor. Counsel for Plaintiffs have a conflict on March 5, 2025 and will not be available to attend the settlement conference in person on March 5, 2025.

The parties intend to comply with the Court's other current deadlines to meet and confer regarding settlement by February 19, 2025 and submit a confidential statement regarding the parties' progress during settlement discussions by February 26, 2025 and do not expect any delays concerning these Court scheduled deadlines.

The parties are available March 10, 11, 13, and 14 for a rescheduled settlement conference, or at another time that is convenient to the Court.

Respectfully submitted,

Rachel K. Tack
Partner | 612.341.0400 | rachel.tack@zimmreed.com

cc: All Counsel of Record
(*via CM/ECF*)