# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated, <br><br> Plaintiffs, <br> v. <br><br> North Memorial Health Care, d/b/a North Memorial Health, <br><br> Defendant. | Case No. 0:23-cv-00440-KMM-DLM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO POSTPONE THE IDENTIFICATION OF CLASS CERTIFICATION EXPERT WITNESSES** |

This matter comes before the Court on Plaintiffs' Motion to Postpone the Identification of Class Certification Expert Witnesses (Dkt. No. 102). For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Postpone the Identification of Class Certification Expert Witnesses is GRANTED.

**IT IS SO ORDERED**.

Dated: _____      _____
                                                                           Magistrate Judge Douglas L. Micko