# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Gregg Lurie, Heidi Kaliher, and Tracy Knight individually, and on behalf of those similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>    Defendant. | Case No. 0:23-cv-00440-KMM-DLM<br><br>**MEET-AND-CONFER STATEMENT REGARDING PLAINTIFFS' MOTION TO POSTPONE THE IDENTIFICATION OF CLASS CERTIFICATION EXPERT WITNESSES** |

I, Rachel K. Tack, represent Plaintiffs Gregg Lurie, Heidi Kaliher, and Tracy Knight and hereby certify the following:

The parties met and conferred via email on May 1, 2025, regarding Plaintiffs' Motion to Postpone the Identification of Class Certification Expert Witnesses (Dkt. No. 102). Defendant does not oppose the Plaintiffs' motion.

                                              Respectfully submitted,

Dated: May 2, 2025                      */s/ Rachel K. Tack*

                                              Brian C. Gudmundson (MN #336695)
                                              Michael J. Laird (MN #398436)
                                              Rachel K. Tack (MN #399529)
                                              Benjamin R. Cooper (MN #403532)
                                              **ZIMMERMAN REED LLP**
                                              1100 IDS Center, 80 South Eighth Street
                                              Minneapolis, MN 55402
                                              Telephone: (612) 341-0400
                                              brian.gudmundson@zimmreed.com
                                              michael.laird@zimmreed.com
                                              rachel.tack@zimmreed.com
                                              benjamin.cooper@zimmreed.com

Hart L. Robinovitch
**ZIMMERMAN REED LLP**
14646 North Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON, PLLC**
8050 West Seventy-Eighth Street
Edina, MN 55439
Telephone: (952) 522-4291
nprosser@hjlawfirm.com

David A. Goodwin (MN #0386715)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com

Samuel J. Strauss (*Pro Hac Vice* forthcoming)
Raina Borelli (MN # 0392127)
Brittany Resch (MN # 0397656)
**STRAUSS BORELLI PLLC**
908 N. Michigan Avenue, Suite 1610
Chicago Illinois 60611
Telephone: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com
bresch@straussborrelli.com

Lynn A. Toops (*Pro Hac Vice* forthcoming)
Amina A. Thomas (*Pro Hac Vice* forthcoming)
Mallory K. Schiller (*Pro Hac Vice* forthcoming)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com
mschiller@cohenandmalad.com

J. Gerard Stranch, IV
(*Pro Hac Vice* forthcoming)
Andrew E. Mize
(*Pro Hac Vice* forthcoming)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
amize@stranchlaw.com

*Attorneys for Plaintiffs*