# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Gregg Lurie, Heidi Kaliher, and Tracy Knight,

*individually, and on behalf of those similarly situated*,

Plaintiffs,

v.

North Memorial Health Care, d/b/a North Memorial Health,

Defendant.

Case No. 23-cv-00440 (KMM/DLM)

**[PROPOSED] ORDER GRANTING JOINT MOTION AMENDING DEADLINES**

---

This matter comes before the Court on the Joint Motion Amended Deadlines (Dkt. No. 108). For good cause shown, IT IS HEREBY ORDERED that:

a. Fact discovery shall be completed by October 2, 2025;

b. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed on or before October 9, 2025;

c. Plaintiffs will provide the identity of their class certification experts to Defendant by November 3, 2025;

d. Plaintiffs' motion for class certification and any expert declarations in support of the motion must be filed on or before December 4, 2025;

e. Defendant will provide the identity of its class certification experts by December 18, 2025;

f.     Class certification expert discovery, including depositions, shall be completed on or before March 12, 2026;

g.     Defendant shall file its opposition to the Plaintiffs' motion for class certification and any expert declaration in support of the opposition by February 12, 2026;

h.     All non-dispositive motions which relate to class certification expert discovery shall be filed and served on or before March 26, 2026 (any motions to exclude an expert under Federal Rule of Evidence 702 will be briefed with any dispositive motions);

i.     Plaintiffs shall file their reply brief in support of class certification and any rebuttal expert declarations in support by April 23, 2026;

j.     Within 14 days following a ruling on Plaintiffs' motion for Class Certification, the parties shall contact the Court to set a scheduling conference; and

k.     On or shortly before _____ counsel for each party shall submit CONFIDENTIAL letters to the Court setting forth with reasonable specificity the status of the case; the relative strengths and weaknesses of each party's position; an update of efforts toward settlement; the last settlement positions of the parties; whether a settlement conference with a private mediator or the court would be productive; and a litigation budget. Each letter shall not exceed three pages. On or shortly before the date each such letter

is due, counsel for the parties shall meet and confer to discuss the status of the case and discuss settlement.

**IT IS SO ORDERED**.

Dated: _____     _____
                                    Magistrate Judge Douglas L. Micko