# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Heidi Kaliher, Tracy Knight, and Gregg Lurie, individually and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>North Memorial Health Care,<br><br>    Defendant. | No. 23-cv-440 (KMM/DLM)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

The parties in this matter filed a joint motion (Doc. 108), agreeing to amend the current Pretrial Scheduling Order (Doc. 63) to extend the deadlines as follows:

1. The parties must commence fact discovery procedures in time to be completed on or before **October 2, 2025**.

2. All non-dispositive motions and supporting documents shall be served and filed on or before **October 9, 2025**.

3. Plaintiffs shall provide the identity of their class certification experts to Defendant on or before **November 3, 2025**.

4. Plaintiffs' motion for class certification and any expert declarations in support of the motion must be filed on or before **December 4, 2025**.

5. Defendant shall provide the identity of its class certification experts on or before **December 18, 2025**.

6. Class certification expert discovery, including depositions, shall be completed on or before **March 12, 2026**.

7. Defendant shall file its opposition to the Plaintiffs' motion for class certification and any expert declaration in support of the opposition on or before **February 12, 2026**.

8. All non-dispositive motions which relate to class certification expert discovery shall be filed and served on or before **March 26, 2026** (any motions to exclude an expert under Federal Rule of Evidence 702 will be briefed with any dispositive motions).

9. Plaintiffs shall file their reply brief in support of class certification and any rebuttal expert declarations in support on or before **April 23, 2026**.

10. Within 14 days following a ruling on Plaintiffs' motion for Class Certification, the parties shall contact the Court to set a scheduling conference.

All other deadlines and provisions of the Pretrial Scheduling Order (Doc. 63) remain in effect.

Date: May 20, 2024
      *s/Douglas L. Micko*
      DOUGLAS L. MICKO
      United States Magistrate Judge