**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gregg Lurie, Heidi Kaliher, and Tracy Knight, individually, and on behalf of those similarly situated,

Plaintiffs,

v.

North Memorial Health Care, d/b/a North Memorial Health,

Defendant.

Court File No. 23-cv-440 (KMM/DLM)

**DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES**

---

Defendant North Memorial Health Care, d/b/a North Memorial Health ("North"), through its attorneys, moves the Court for an order Compelling Plaintiffs Gregg Lurie, Heidi Kaliher, and Tracy Knight to Produce Documents and Responses to Interrogatories. North bases this motion on all of this action's files, records, oral arguments, and its briefing and supporting materials, which will be filed and served in accordance with the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules and other applicable authorities.

Dated: September 12, 2025

*s/ Nicole M. Moen*

Nicole M. Moen (#0329435)
Geoffrey Koslig (#0402717)
Maliya G. Rattliffe (#0401993)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
nmoen@fredlaw.com
gkoslig@fredlaw.com
mrattliffe@fredlaw.com

***Attorneys for Defendant***
***North Memorial Health Care***