**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Gregg Lurie, Heidi Kaliher, and Tracy Knight, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-DLM<br><br>**DECLARATION OF RACHEL K. TACK** |

I, Rachel K. Tack, declare as follows:

1. I am a Partner at the law firm of Zimmerman Reed LLP and counsel of record for Plaintiffs Gregg Lurie, Heidi Kaliher, and Tracy Knight in the above-captioned action. I am a member in good standing of the State Bar of Minnesota. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibits** are true and correct copies of the following documents:

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **1** | Plaintiffs' Supplemental Responses to Defendant's Interrogatories (Set I), dated August 22, 2025 |
| **2** | Letter from Plaintiffs' Counsel to Defendant's Counsel, dated May 14, 2025 |
| **3** | Letter from Plaintiffs' Counsel to Defendant's Counsel, dated October 2, 2025 |

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| **4** | Plaintiffs' Supplemental Responses to Defendant's Interrogatories (Set II), dated August 22, 2025 |
| **5** | Plaintiffs' Supplemental Responses to Defendant's Request for Production of Documents (Set I), dated August 22, 2025 |
| **6** | Email from Defendant's Counsel to the Court, dated August 20, 2025 |
| **7** | Letter from Defendant's Counsel to Plaintiffs' Counsel, dated July 28, 2025 |
| **8** | Email from Defendant's Counsel to Plaintiffs' Counsel, dated September 8, 2025 |
| **9** | Letter from Defendant's Counsel to Plaintiffs' Counsel, dated August 15, 2025 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of October 2025 at Minneapolis, Minnesota.

*/s/ Rachel K. Tack*
Rachel K. Tack