**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Heidi Kaliher and Tracy Knight, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>North Memorial Health Care, d/b/a North Memorial Health,<br><br>Defendant. | Case No. 0:23-cv-00440-KMM-TNL<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF THIRD-PARTY DOCUMENTS AND OVERRULE PRIVILEGE DESIGNATIONS** |

PLEASE TAKE NOTICE that Plaintiffs Heidi Kaliher and Tracy Knight (collectively, "Plaintiffs"), hereby move for and order granting their Motion to Compel Production of Third-Party Documents and Overrule Privilege Designations, pursuant to Fed. R. Civ. P. 37.

The Motion is based on all the files, records, and proceedings herein, Plaintiffs' Memorandum of Law in Support of this Motion, Nathan D. Prosser's Declaration in Support of Plaintiffs' Motion and accompanying exhibits, and Plaintiffs' proposed Order.

Respectfully submitted,

Dated: October 23, 2025

*/s/ Nathan D. Prosser*
Nathan D. Prosser (MN #0329745)
**HELLMUTH & JOHNSON PLLC**
8050 West 78th Street

Edina, MN 55439
Telephone: (952) 941-4005
nprosser@hjlawfirm.com

Brian C. Gudmundson (MN #0336695)
Michael J. Laird (MN #0398436)
Rachel K. Tack (MN #0399529)
Benjamin R. Cooper (MN #403532)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com
benjamin.cooper@zimmreed.com

Hart L. Robinovitch (MN #024515)
**ZIMMERMAN REED LLP**
14648 N. Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400
hart.robinovitch@zimmreed.com

David A. Goodwin (MN #386715)
Anthony J. Stauber (MN #401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

***Attorneys for Plaintiffs and Putative Class***